Donald L. Netzer
NETZER LAW OFFICE, P.C.
1060 South Central Ave.
Sidney, Montana 59270
(406)433-5511
(406)433-5513 (fax)

Attorney for Plaintiffs

FILED
BILLINGS DIV

2008 JUN 10 AM 11 42

PATRICK E. L..
BY _____
DEPUTY CLERK

IN THE U.S. DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| Darwin Edwards and Marlene Edwards,<br><br>        Plaintiffs,<br><br>v.<br><br>ER Solutions, Inc.,<br><br>        Defendant. | CAUSE NO. CV-08-66-BLG-RFC-CSO<br><br>**ORDER ALLOWING COUNSEL TO APPEAR TELEPHONICALLY** |

Based on Plaintiffs' motion, and for good cause appearing,

IT IS HEREBY ORDERED that the Preliminary Pretrial Conference may be held by telephone. Plaintiffs' counsel shall make telephone arrangements.

Dated this 10th day of June, 2008.

CAROLYN S. OSTBY
UNITED STATES MAGISTRATE JUDGE